**DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JANE DOE,

               Plaintiff,

v.

ST. LAWRENCE UNIVERSITY, and ERNESTO MORALEZ, in his individual and professional capacity,

               Defendants.

Case No. 8:23-cv-00426-BKS-DJS

### DECLARATION OF ERNESTO MORALEZ

Ernesto Moralez, hereby declares, subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am a defendant in the above-captioned action.

2. I was an assistant professor at Defendant St. Lawrence University ("SLU") at the time of the events alleged in the complaint and when the Plaintiff Jane Doe ("Plaintiff") filed her complaint. At all times I have opposed Plaintiff's use of a pseudonym.

3. Prior to filing the subject action, Plaintiff has been very vocal and public about her sexual assault allegations against me.

4. On or about April 18, 2022, my friend and colleague Jennifer Hansen sent me screenshots of two Facebook posts posted by the Plaintiff using her own name and with her profile set to a public setting, graphically describing the allegations that form the basis of Plaintiff's complaint in this action.

5. The first post, which is annexed hereto as **Exhibit A** states as follows:

1

> NOT MY SHAME: a colleague raped me anally and vaginally at work last week. I survived. I am home with my incredible family. I am reclaiming my voice. I am on leave till sabbatical.
>
> And I am pressing this as hard as I can in honor of all his victims before me. And all the women in academia who are raped. And all the women everywhere who are raped.
>
> Don't brutally rape one of the best social justice advocates in the world unless you're ready.

6. By the time the screenshot of the first post was taken, 21 individuals had already "reacted" to it.

7. The second post, which is annexed hereto as **Exhibit B,** is a picture of the Plaintiff smiling in front of a door that says "CHIEF OF POLICE" with the caption: "Trying to contain my excitement. Pressing 1st and 2nd-degree rape charges [emoji of an arm flexing]". At the time the screenshot was taken of the second post, 15 individuals had already "reacted" to it.

8. The posts demonstrate that Plaintiff was eager to publicly associate her name with the graphic sexual assault allegations underlying the subject action.

9. Additionally, as stated in my counterclaim, on May 20, 2022, Plaintiff sent Facebook messages to at least two people including my friend's daughters stating that I was "currently under criminal and title ix investigation for rape and [that she] was [my] most recent victim." Plaintiff continued: "I wanted to warn you and also encourage you to talk with me…" Copies of Plaintiff's messages are annexed hereto as **Exhibit C**.

10. Plaintiff did not ask the recipients of her Facebook messages to keep the allegations confidential and in fact they were not kept confidential as the recipients shared the messages with their parents, who shared them with me.

11. Accordingly, I was shocked when Plaintiff filed the within action using a pseudonym.

12. What is more, after Plaintiff had filed this action anonymously, Plaintiff and her attorneys deliberately sought to garner public attention to the action particularly on SLU's campus by distributing flyers on SLU's campus. A copy of the flyer is annexed hereto as **Exhibit D**.

13. The flyer is titled "Hold SLU accountable" in bold red letters followed by "Stop SLU from protecting predators. Stop SLU from endorsing sexual assault. Protect students and faculty" with a QR Code and a link to the Complaint listed on Plaintiff's counsel's website[1] (and a "trigger warning" "SA statement from SLU employee"). The link remains active today.

14. It is unjust for Plaintiff to try to litigate anonymously while also seeking publicity for this action.

15. Plaintiff's efforts were successful as the action has received significant media attention and Plaintiff's counsel's statements regarding the lawsuit were reported by numerous media outlets[2].

---

[1] https://www.wigdorlaw.com/wp-content/uploads/2023/04/Complaint-Final-PDF.pdf
[2] https://www.news10.com/news/st-lawrence-county-news/lawsuit-involving-sexual-assault-allegations-filed-against-st-lawrence-university/
https://thehillnews.org/opinions/anonymous/st-lawrence-reaps-what-it-sows-the-doe-case
https://www.northcountrynow.com/stories/st-lawrence-university-and-faculty-member-named-in-rape-lawsuit-accused-professor-placed-on-leave,193661
https://www.adirondackdailyenterprise.com/news/local-news/2023/04/st-lawrence-university-named-in-sexual-assault-lawsuit/
https://www.law.com/newyorklawjournal/2023/04/07/professor-who-alleges-she-was-raped-by-colleague-claims-st-lawrence-officials-advised-her-not-to-get-attorney/

16. The damage to my reputation from Plaintiff's actions including the filing of this lawsuit cannot be overstated.

17. I have worked my entire life to become a reputable academic. One's reputation in academia is indispensable.

18. Since leaving SLU I have been unable to secure a teaching position at any level.

19. I was also removed as the lead author of an upcoming public health textbook directly as a result of Plaintiff's allegations and the media attention they received.

20. It would be fundamentally unfair for me to have to very publicly defend against Plaintiff's serious and heinous allegations against me if she were allowed to continue to remain anonymous, particularly given her prior public disclosure of her identity and the media attention.

21. Accordingly, for the reasons stated herein and in my attorney's memorandum of law I respectfully ask the court to deny Plaintiff's motion to proceed anonymously.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

**Dated: New York, New York**
**May 24, 2024**

                                                 */s/ Ernesto Moralez*
                                                 **Ernesto Moralez**