UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. LAWRENCE UNIVERSITY and ERNESTO MORALEZ, in his individual and professional capacity,<br><br>    Defendants. | Case No: 8:23-cv-00426 (BKS) (DJS) |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and other supporting documents, Plaintiff Jane Doe will move this Court, at a time and place to be determined by the Court, for an Order pursuant to Local Rule 72.1(b) reversing in its entirety the Magistrate Judge's Order dated July 9, 2024, denying Plaintiff's Motion for Leave to Proceed Anonymously (Dkt. No. 63).

Dated: July 23, 2024
   New York, New York

                    Respectfully Submitted,

                    **WIGDOR LLP**

                    By: _/s/ Jeanne Christensen_
                      Jeanne M. Christensen
                      Brooke Payton (admission pending)

                    85 Fifth Avenue
                    New York, NY 10003
                    Telephone: (212) 257-6800
                    Facsimile: (212) 257-6845
                    jchristensen@wigdorlaw.com
                    bpayton@wigdorlaw.com

                    *Counsel for Plaintiff*