

**NESENOFF &
MILTENBERG** LLP

New York | Boston | Palo Alto

ATTORNEYS AT LAW

**nmllplaw.com**

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Tara J. Davis
Gabrielle M. Vinci
Christine Brown
Kara L. Gorycki

Barbara H. Trapasso
Robert Kaftari
Adrienne D. Levy
Kristen Mohr
Helen Setton
Rodman Streicher
Kimberly Courtney

Susan E. Stark
Nicole Hoehle
Regina M. Federico
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

**February 12, 2025**

<u>**VIA ECF**</u>
Hon. Brenda K. Sannes
United States District Court
Northern District of New York
Federal Building and Courthouse
P.O. Box 7336
Syracuse, New York 13261

   **Re:**   <u>*Jane Doe v. St. Lawrence University, et al.*</u>
      **NDNY Case No.: 8:23-cv-426 (BKS/DJS)**

Dear Judge Sannes:

   We are counsel to Defendant Ernesto Moralez ("Moralez") in the above-referenced action. We write seeking a teleconference with Your Honor regarding the Court's February 6, 2025 Decision and Order.

   In denying Plaintiff's appeal and motion for leave to refile her motion to proceed under a pseudonym, Your Honor stated in part: "If Plaintiff fails to file an amended complaint identifying herself within 14 days from the date of this Order, or to request an extension of time to do so, this action will be dismissed, without further order of the Court, for failure to comply with Rule 10(a)".

   As the Court is aware Defendant Morales has asserted Counterclaims, which survived Plaintiff's motion to dismiss. Defendant Morales seeks to understand how the Court will treat his surviving Counterclaims should Plaintiff's complaint be dismissed, without further order of the Court, for her failure to timely file an amended complaint under her own name.

       **Respectfully submitted,**
       **NESENOFF & MILTENBERG, LLP**


       <u>*/s/ Stuart Bernstein*</u>
       **Stuart Bernstein, Esq.**


cc: all counsel of record (via ECF)