

**Littler Mendelson, P.C.**
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450

Jacqueline Phipps Polito
585.203.3413 direct
585.203.3400 main
585.486.1774 fax
jpolito@littler.com

February 12, 2025

**VIA ECF**

Hon. Daniel J. Stewart, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, NY  12207

Re:   *Doe v. St. Lawrence University, et al.*
        Case No. 8:23-cv-00426-BKS-DJS

Dear Judge Stewart:

The undersigned represents Defendant St. Lawrence University ("St. Lawrence") in the above-referenced matter. I write to respectfully request a one-week adjournment of the hearing/conference on Plaintiff's Request for Extension of Time to Complete Discovery scheduled for Monday, February 24, 2025 at 11:00 a.m. *See* Dkt. Nos. 85, 86.  I serve as lead counsel on this matter and am scheduled for a New York State Division of Human Rights public hearing in Case No. 10219088 beginning on Monday, February 24, 2025.  Counsel for all parties have consented to this request and are available to appear on March 3, 2025.

We appreciate the Court's anticipated professional courtesy, and are available should the Court have any questions.

Respectfully submitted,

Littler Mendelson, P.C.

*[signature]*

Jacqueline Phipps Polito (Bar Roll No. 511655)

cc:     all counsel of record (via CM/ECF)

4913-1592-9114

littler.com