UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

ERICA MORRELL,

            Plaintiff,

     -against-

ST. LAWRENCE UNIVERSITY, and
ERNESTO MORALEZ, in his individual and
professional capacity,

            Defendants.

------------------------------------------------------- X

Case No. 8:23-cv-00426-BKS-DJS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, Plaintiff Erica Morrell and Defendant St. Lawrence University, by their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, this action and related counterclaim action are both hereby voluntarily dismissed with prejudice, without costs to any party.

     **IT IS FURTHER STIPULATED AND AGREED** that a facsimile of this Stipulation and signatures by facsimile thereto, including electronic signatures, may serve with the same force and effect as the original.

     Dated: July 10, 2025

| | |
|---|---|
| WIGDOR LLP | LITTLER MENDELSON, P.C. |
| | |
| By: */s/ Jeanne M. Christensen* | By: */s/ Jacqueline Phipps Polito* |
| Jeanne M. Christensen | Jacqueline Phipps Polito, Bar Roll 511655 |
| jchristensen@wigdorlaw.com | jpolito@littler.com |
| Brooke Payton | Erin M. Train, Bar Roll 703297 |
| bpayton@wigdorlaw.com | etrain@littler.com |
| 85 Fifth Avenue | 375 Woodcliff Drive, Suite 2D |
| New York, NY  10003 | Fairport, NY  14450 |
| Telephone:  212.257.6800 | Telephone:  585.203.3400 |
| Facsimile:  212.257.6845 | Facsimile:  585.203.3414 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ERICA MORRELL | ST. LAWRENCE UNIVERSITY |

4897-0929-8515

IT IS SO ORDERED:

_____
Brenda K. Sannes
Chief U.S. District Judge

Dated: July 10, 2025
Syracuse, NY

-2-